**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. **15-60172**



18 U.S.C. § 286
18 U.S.C. § 1029(b)(2)
18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1708
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

**UNITED STATES OF AMERICA**

**vs.**

**HARLAN DECOSTE,**
   a/k/a "Money King,"
   a/k/a "Moneyking_111,"
**FRANCES JEUDY,**
   a/k/a "Money Makin Rab,"
   a/k/a "Brizzleon111,"
**KERBY LUMA,**
   a/k/a "Money Makin Kerb,"
**FRANTZ DECOSTE,**
   a/k/a "Gripe_111,"
**CHAD DAVIS,**
   a/k/a "Chadillac,"
   a/k/a "Chadillac 305," and
**ANDY CHERRELUS,**
   a/k/a "Risktakers111,"

               **Defendants.**

_____/

## INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At various times relevant to this indictment:

1.      The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury whose primary responsibility was collecting taxes owed to the United States and enforcing and administering the tax laws of the United States.

2.      The IRS allowed United States individual taxpayers to file their tax returns electronically by filing online or through a tax preparation business.

3.      Defendant **HARLAN DECOSTE, a/k/a "Money King," a/k/a "Moneyking_111,"** was a resident of Broward County, Florida, who maintained a residence at 4381 SW 126th Avenue, Miramar, Florida.

4.      Defendant **FRANCES JEUDY, a/k/a "Money Makin Rab," a/k/a "Brizzleon111,"** was a resident of Broward County, Florida, who maintained a residence at 4381 SW 126th Avenue, Miramar, Florida.

5.      Defendant **KERBY LUMA, a/k/a "Money Makin Kerb,"** was a resident of Broward County, Florida, who maintained a residence at 4381 SW 126th Avenue, Miramar, Florida.

6.      Defendant **FRANTZ DECOSTE, a/k/a "Gripe_111,"** was a resident of Broward County, Florida, who maintained a residence at 4381 SW 126th Avenue, Miramar, Florida.

7.      Defendant **CHAD DAVIS, a/k/a "Chadillac,"a/k/a "Chadillac 305,"** was a resident of Miami-Dade County, Florida.

8.      Defendant **ANDY CHERRELUS, a/k/a "Risktakers111,"** was a resident of Miami-Dade County, Florida.

## COUNT 1
### Conspiracy to Defraud the Government with Respect to Claims
### (18 U.S.C. § 286)

1.     Paragraphs 1 through 6 and 8 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2.     From on or about July 27, 2011, through on or about May 24, 2013, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**HARLAN DECOSTE,**
**a/k/a "Money King,"**
**a/k/a "Moneyking_111,"**
**FRANCES JEUDY,**
**a/k/a "Money Makin Rab,"**
**a/k/a "Brizzleon111,"**
**KERBY LUMA,**
**a/k/a "Money Makin Kerb,"**
**FRANTZ DECOSTE,**
**a/k/a "Gripe_111," and**
**ANDY CHERRELUS,**
**a/k/a "Risktakers111,"**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to defraud the United States, and any department and agency thereof, that is, the IRS, by obtaining and aiding to obtain the payment and allowance of false, fictitious, and fraudulent claims, in violation of Title 18, United States Code, Section 286.

### PURPOSE OF THE CONSPIRACY

3.     It was the object and purpose of the conspiracy for the defendants and their co-conspirators to unjustly enrich themselves by using stolen person identifying information to file false and fraudulent federal income tax returns with the IRS seeking tax refunds to which they were not entitled.

3

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the object and purpose of the conspiracy included, among others, the following:

4.      **HARLAN DECOSTE, FRANCES JEUDY, KERBY LUMA, FRANTZ DECOSTE, ANDY CHERRELUS** and their co-conspirators obtained personal identifying information including names, dates of birth, and social security numbers of thousands of individuals without such individuals knowledge or consent.

5.      **HARLAN DECOSTE, FRANCES JEUDY, KERBY LUMA, FRANTZ DECOSTE, ANDY CHERRELUS** and their co-conspirators used this personal identifying information to file false and fraudulent federal income tax returns with the IRS without the knowledge or consent of the taxpayers in whose names the tax returns were filed.

6.      **HARLAN DECOSTE, FRANCES JEUDY, KERBY LUMA, FRANTZ DECOSTE, ANDY CHERRELUS** and their co-conspirators filed the false and fraudulent tax returns with the IRS through the internet using tax software programs such as TurboTax and Tax Hawk.

7.      **HARLAN DECOSTE, FRANCES JEUDY, KERBY LUMA, FRANTZ DECOSTE, ANDY CHERRELUS** and their co-conspirators provided payment instructions on the tax returns directing the IRS to transfer the tax refunds to various accounts, in other persons' names, that the defendants and their co-conspirators controlled at financial institutions such as Bancorp and H&R Block.

8.      **HARLAN DECOSTE, FRANCES JEUDY, KERBY LUMA, FRANTZ DECOSTE, ANDY CHERRELUS** and their co-conspirators withdrew the unlawfully obtained

4

tax proceeds using debit cards issued by Bancorp and H&R Block for their personal use and enrichment and to further the fraud scheme.

All in violation of Title 18, United States Code, Section 286.

## COUNT 2
### Conspiracy to Possess Unauthorized Access Devices
### (18 U.S.C. § 1029(b)(2))

1.      Paragraphs 1 through 8 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2.      From on or about July, 27, 2011, through on or about May 24, 2013, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**HARLAN DECOSTE,**
**a/k/a "Money King,"**
**a/k/a "Moneyking_111,"**
**FRANCES JEUDY,**
**a/k/a "Money Makin Rab,"**
**a/k/a "Brizzleon111,"**
**KERBY LUMA,**
**a/k/a "Money Makin Kerb,"**
**FRANTZ DECOSTE,**
**a/k/a "Gripe_111,"**
**CHAD DAVIS,**
**a/k/a "Chadillac,"**
**a/k/a "Chadillac 305," and**
**ANDY CHERRELUS,**
**a/k/a "Risktakers111,"**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with other persons known and unknown to the Grand Jury, to commit violations of Title 18, United States Code, Section 1029, that is, to knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, social security numbers and debit cards issued to

5

other persons, said possession affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 1029(a)(3).

<b><u>ACTS IN FURTHERANCE OF THE CONSPIRACY</u></b>

In furtherance of the conspiracy, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, at least one of the following acts, among others:

1.   In or around July 2011, a co-conspirator obtained personal identifying information of other persons to prepare fraudulent income tax returns.

2.   On or about July 27, 2011, a co-conspirator filed a fraudulent income tax return in the name of "J.D." that was rejected by the IRS.

3.   On or about August 5, 2011, a co-conspirator filed a fraudulent income tax return in the name of "B.O." that was rejected by the IRS.

4.   On or about August 6, 2011, a co-conspirator filed a fraudulent income tax return in the name of "B.O." that was accepted by the IRS.

5.   On or about September 6, 2011, a co-conspirator filed a fraudulent income tax return in the name of "B.D." that was rejected by the IRS.

6.   On or about September 7, 2011, a co-conspirator filed a fraudulent income tax return in the name of "B.D." that was accepted by the IRS.

7.   On or about January 5, 2012, a co-conspirator filed a fraudulent income tax return in the name of "M.L.C." that was rejected by the IRS.

8.   On or about January 21, 2012, a co-conspirator filed a fraudulent income tax return in the name of "M.L.C." that was accepted by the IRS.

9.      On or about February 7, 2013, a co-conspirator filed a fraudulent income tax return in the name of "J.R." that was accepted by the IRS.

10.     On or about April 29, 2013, a co-conspirator filed a fraudulent income tax return in the name of "R.S." that was accepted by the IRS.

11.     On or about May 7, 2013, a co-conspirator filed a fraudulent income tax return in the name of "J.C." that was accepted by the IRS.

12.     On or about May 24, 2013, **HARLAN DECOSTE** and **ANDY CHERRELUS** maintained possession of the social security number issued to "R.S." without "R.S.'s" authority, knowledge or permission.

13.     On or about May 24, 2013, **HARLAN DECOSTE** and **ANDY CHERRELUS** maintained possession of the social security number issued to "S.F." without "S.F.'s" authority, knowledge or permission.

14.     On or about May 24, 2013, **KERBY LUMA** maintained possession of a debit card ending in 1977 issued to "S.F." without "S.F.'s" authority, knowledge, or permission.

15.     On or about May 24, 2013, **FRANCES JEUDY** and **FRANTZ DECOSTE** maintained possession of a debit card ending in 2327 issued to "S.T." without "S.T.'s" authority, knowledge, or permission.

16.     On or about May 24, 2013, **FRANCES JEUDY** and **FRANTZ DECOSTE** maintained possession of a debit card ending in 0111 issued to "L.T." without "L.T.'s" authority, knowledge, or permission.

17.     On or about May 24, 2013, **FRANCES JEUDY** maintained possession of the social security number issued to "J.R.#1" without "J.R.#1's" authority, knowledge or permission.

18.     On or about May 24, 2013, **FRANCES JEUDY** maintained possession of the social security number issued to "J.R.#." without "J.R.#2's" authority, knowledge or permission.

19.     On or about May 24, 2013, **CHAD DAVIS** maintained possession of the social security number issued to "B.S.J." without "B.S.J.'s" authority, knowledge or permission.

All in violation of Title 18, United States Code, Section 1029(b)(2).

## COUNT 3
### Possession of Fifteen or More Unauthorized Access Devices
### (18 U.S.C. § 1029(a)(3))

On or about May 24, 2013, in Broward County, in the Southern District of Florida, the defendants,

> **HARLAN DECOSTE,**
> **a/k/a "Money King,"**
> **a/k/a "Moneyking_111,"**
> **FRANCES JEUDY,**
> **a/k/a "Money Makin Rab,"**
> **a/k/a "Brizzleon111,"**
> **KERBY LUMA,**
> **a/k/a "Money Makin Kerb,"**
> **FRANTZ DECOSTE,**
> **a/k/a "Gripe_111,"**
> **CHAD DAVIS,**
> **a/k/a "Chadillac,"**
> **a/k/a "Chadillac 305," and**
> **ANDY CHERRELUS,**
> **a/k/a "Risktakers111,"**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, social security numbers and debit cards issued to other persons, said possession affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

## COUNTS 4-10
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about May 24, 2013, in Broward County, in the Southern District of Florida, the

defendants,

**HARLAN DECOSTE,**
**a/k/a "Money King,"**
**a/k/a "Moneyking_111,"**
**FRANCES JEUDY,**
**a/k/a "Money Makin Rab,"**
**a/k/a "Brizzleon111,"**
**KERBY LUMA,**
**a/k/a "Money Makin Kerb,"**
**FRANTZ DECOSTE,**
**a/k/a "Gripe_111," and**
**ANDY CHERRELUS,**
**a/k/a "Risktakers111,"**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(b)(2),

that is, knowingly and willfully combining, conspiring, confederating, and agreeing with each

other, and with other persons known and unknown to the Grand Jury, to commit violations of

Title 18, United States Code, Section 1029, that is, to knowingly, and with intent to defraud,

possess fifteen (15) or more unauthorized access devices, that is, social security numbers and

debit cards issued to other persons, said possession affecting interstate and foreign commerce, in

violation of Title 18, United States Code, Section 1029(a)(3), as charged in Count 2, did

knowingly transfer, possess, and use, without lawful authority, the means of identification of

another person, as set forth in each count below:

| COUNT | Defendant(s) | MEANS OF IDENTIFICATION |
|---|---|---|
| 4 | **HARLAN DECOSTE** and **ANDY CHERRELUS** | Name and Social Security Number of "R.S." |
| 5 | **HARLAN DECOSTE** and **ANDY CHERRELUS** | Name and Social Security Number of "S.F." |
| 6 | **KERBY LUMA** | Name and H&R Block Debit Card Account Number Issued to "S.F." |
| 7 | **FRANCES JEUDY** and **FRANTZ DECOSTE** | Name and Bancorp Debit Card Account Number Issued to "S.T." |
| 8 | **FRANCES JEUDY** and **FRANTZ DECOSTE** | Name and Bancorp Debit Card Account Number Issued to "L.T." |
| 9 | **FRANCES JEUDY** | Name and Social Security Number of "J.R.#1" |
| 10 | **FRANCES JEUDY** | Name and Social Security Number of "J.R.#2" |

In violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT 11-15
### Possession of Stolen Mail
### (18 U.S.C. § 1708)

On or about May 24, 2013, as specified in each count below, in Broward County, in the Southern District of Florida, the defendants,

**FRANCES JEUDY,**
**a/k/a "Money Makin Rab,"**
**a/k/a "Brizzleon111,"**
**and**
**FRANTZ DECOSTE,**
**a/k/a "Gripe_111,"**

did unlawfully have in his possession a letter, package, mail, and any article and thing contained therein, which had been stolen, taken, embezzled, and abstracted from and out of any mail, post office, letter box, mail receptacle, mail route, and any other authorized depository for mail

10

matter, that is, United States Treasury checks, knowing the same to have been stolen, taken, and abstracted, as specified below:

| COUNT | Check Date | United States Treasury Check Number | Amount |
|-------|------------|-------------------------------------|--------|
| 11 | February 1, 2013 | 315842807161 | $4,930.65 |
| 12 | February 1, 2013 | 315842807163 | $5,082.73 |
| 13 | April 18, 2013 | 315859723229 | $5,873.00 |
| 14 | April 19, 2013 | 315860598036 | $5,217.20 |
| 15 | April 22, 2013 | 315861182682 | $560.00 |

In violation of Title 18, United States Code, Sections 1708 and 2.

## FORFEITURE
### (18 U.S.C. §§ 981(a)(1)(C), 982(a)(2)(B), and 1029(c)(1)(C))

1.     The allegations in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which each of the defendants, **HARLAN DECOSTE, FRANCES JEUDY, KERBY LUMA, FRANTZ DECOSTE, CHAD DAVIS,** and **ANDY CHERRELUS**, has an interest.

2.     Upon conviction of a violation of Title 18, United States Code, Section 1029, or a conspiracy to commit such violation, as charged in this Indictment, each defendant so convicted shall forfeit to the United States:  (i) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (ii) any personal property used, or intended to be used, to commit such violation, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

3.     Upon conviction of a violation of Title 18, United States Code, Section 1708, as alleged in this Indictment, each defendant so convicted shall forfeit to the United States any

11

property, real or personal, which constitutes or is derived from proceeds traceable to such violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

4.     The property subject to forfeiture includes, but is not limited to, the following:

a.     A forfeiture money judgment in the sum of proceeds derived from the commission of the offenses;

b.     One gold, diamond and sapphire Rolex wrist watch Serial Number: 6606451;

c.     One 32" long 10 karat gold and diamond straight row necklace containing two hundred and two (202) round cut diamonds;

d.     One 14 karat yellow gold and diamond straight row necklace containing one hundred and fifty (150) round cut diamonds;

e.     One 10 karat yellow gold "Guardian Angel" pendant;

f.     One 10 karat gold "Guardian Angel" pendant and ball link chain;

g.     One 10 karat gold curb linked 28" chain necklace;

h.     One 10 karat yellow gold and diamond multi row bracelet containing six hundred and seventy eight (678) round cut diamonds;

i.     One yellow gold and yellow diamond initial "K" and crown pendant containing five bezel set and four hundred eighty eight (488) bead set round diamonds;

j.     One 10 karat yellow gold and colored diamond hand and watch pendant containing and estimated eleven hundred and sixty six (1,166) round diamonds;

k.     One 10 karat white gold round bead necklace;

l.     One 14 karat white gold diamond "Christ head" pendant containing four hundred and eighty eight (488) round diamonds;

m.     One men's Frank Muller King Conquistador chronograph watch serial number;

n.     Two stainless steel and diamond Frank Muller Conquistador links containing forty (40) round diamonds;

o.     One metal fluted jewelry box with combination lock;

p.     One men's stainless steel and diamond Frank Muller King Conquistador automatic watch with diamond case and bracelet that contained six hundred and thirty nine (639) round diamonds;

q.     One 10 karat white gold and diamond "111 Ground Up" pendant and chain- the pendant contains approximately seven hundred and fifty four round diamonds, single cut and bead set. The chain is a 35" white gold chain with lobster clasp;

r.   One white gold and diamond "Hand, Rung, and Bracelet" pendant and chain containing approximately seventy seven round diamonds. The chain is a 35" white gold chain with a lobster clasp;

s.   One brown wooden lacquer Frank Muller watch box without inset;

t.   Approximately $174,086.00 in United States currency, seized from the defendants on May 24, 2013;

u.   One Apple MacBook Air IMEI # C02KGLYWDRVC;

v.   One Apple MacBook Air IMEI # C02K9SL3DRVC;

w.   One Apple MacBook Air IMEI # C02H94S1DJWT;

x.   One MacBookPro IMEI # C02GCXAPDRJ7;

y.   One MacBookPro IMEI # C17GCH02DRJ7;

z.   One MacBookPro IMEI # C1MHH12ZDV13;

aa.  One MacBookPro IMEI #W80350UQAGZ;

bb.  One Toshiba Satellite Laptop Computer Serial #: Za172056Q;

cc.  One Gateway Laptop Computer Serial #: NXY24AA00330400B57F200;

dd.  One Compaq Presario CQ62 Laptop Computer Serial # CNF0453NBB;

ee.  One 4GB Turtle Thumbdrive;

ff.  One 8 GB Sony Thumbdrive;

gg.  One iEssentials Thumbdrive;

hh.  One MetroPCS Cell phone Serial #: W5P9KB9322203476; and

ii.  One T-Mobile Flip Phone Serial #:  105CQEA363900.

All pursuant to Title 18, United States Code, Sections 924(d)(1), 981(a)(1)(C), 982(a)(2)(B), 1029(c)(1)(C), Title 28, United States Code, Section 2461(c), and the procedures set forth at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
BROOKE C. WATSON
ASSISTANT UNITED STATES ATTORNEY

13

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

**HARLAN DECOSTE, et al.,**

**Defendants.**
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

| | | |
|---|---|---|
| New Defendant(s) | Yes _____ | No _____ |
| Number of New Defendants | _____ | |
| Total number of counts | _____ | |

**Court Division:** (Select One)

| | | |
|---|---|---|
| ____ Miami | _____ Key West | _____ |
| _X_ FTL | _____ WPB | ____ FTP |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     No
   List language and/or dialect     _____

4. This case will take   7    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | | | | |
   |---|---|---|---|---|---|
   | I | 0  to  5 days | _____ | Petty | _____ |
   | II | 6  to 10 days | _____ | Minor | _____ |
   | III | 11 to 20 days | __X__ | Misdem. | _____ |
   | IV | 21 to 60 days | _____ | Felony | __X__ |
   | V | 61 days and over | _____ | | |

6. Has this case been previously filed in this District Court?   (Yes or No)     No
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?     (Yes or No)     No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____     District of _____

   Is this a potential death penalty case? (Yes or No)     No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to   October 14, 2003?   _____   Yes   _X_   No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   _____   Yes   _X_   No

_____
BROOKE COURTNEY WATSON
ASSISTANT UNITED STATES ATTORNEY
COURT No. A5501844

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:**   HARLAN DECOSTE

**Case No:**

Count #: 1

Conspiracy to Defraud the Government

Title 18, United States Code, Section 286

**\*Max. Penalty: 10 Years' Imprisonment**

Count #: 2

Conspiracy to Possess Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty: 5 Years' Imprisonment**

Count #: 3

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty: 10 Years' Imprisonment**

Counts #: 4-5

Aggravated Identity Theft

Title 18, United States Code, Section 1028A

**\*Max. Penalty: 2 Years Imprisonment Consecutive to any other Sentence**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   FRANCES JEUDY

**Case No:**

Count #: 1

Conspiracy to Defraud the Government

Title 18, United States Code, Section 286

**\*Max. Penalty: 10 Years' Imprisonment**

Count #: 2

Conspiracy to Possess Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty: 5 Years' Imprisonment**

Count #: 3

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Sections 1029(a)(3) and 2

**\*Max. Penalty: 10 Years' Imprisonment**

Counts #: 7-10

Aggravated Identity Theft

Title 18, United States Code, Section 1028A

**\*Max. Penalty: 2 Years Imprisonment Consecutive to any other Sentence**

Counts #: 11-15

Possession of Stolen Mail

Title 18, United States Code, Section 1708

**\*Max. Penalty: 5 Years' Imprisonment**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**   KERBY LUMA

**Case No:**

Count #: 1

Conspiracy to Defraud the Government

Title 18, United States Code, Section 286

**\*Max. Penalty: 10 Years' Imprisonment**

Count #: 2

Conspiracy to Possess Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty: 5 Years' Imprisonment**

Count #: 3

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Sections 1029(a)(3) and 2

**\*Max. Penalty: 10 Years' Imprisonment**

Count #: 6

Aggravated Identity Theft

Title 18, United States Code, Section 1028A

**\*Max. Penalty: 2 Years Imprisonment Consecutive to any other Sentence**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**  FRANTZ DECOSTE

**Case No:**

Count #: 1

Conspiracy to Defraud the Government

Title 18, United States Code, Section 286

**\*Max. Penalty: 10 Years' Imprisonment**

Count #: 2

Conspiracy to Possess Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty: 5 Years' Imprisonment**

Count #: 3

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Sections 1029(a)(3) and 2

**\*Max. Penalty: 10 Years' Imprisonment**

Counts #:7-8

Aggravated Identity Theft

Title 18, United States Code, Section 1028A

**\*Max. Penalty: 2 Years Imprisonment Consecutive to any other Sentence**

Counts #: 11-15

Possession of Stolen Mail

Title 18, United States Code, Section 1708

**\*Max. Penalty: 5 Years' Imprisonment**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:**   CHAD DAVIS

**Case No:**

Count #: 2

Conspiracy to Possess Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty: 5 Years' Imprisonment**

Count #: 3

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Sections 1029(a)(3) and 2

**\*Max. Penalty: 10 Years' Imprisonment**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** ANDY CHERRELUS

**Case No:**

Count #: 1

Conspiracy to Defraud the Government

Title 18, United States Code, Section 286

**\*Max. Penalty: 10 Years' Imprisonment**

Count #: 2

Conspiracy to Possess Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Section 1029(b)(2)

**\*Max. Penalty: 5 Years' Imprisonment**

Count #: 3

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United States Code, Sections 1029(a)(3) and 2

**\*Max. Penalty: 10 Years' Imprisonment**

Count #: 4-5

Aggravated Identity Theft

Title 18, United States Code, Section 1028A

**\*Max. Penalty: 2 Years Imprisonment Consecutive to any other Sentence**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**