# COURT MINUTES

## United States Magistrate Judge Alicia O. Valle

Date: 9/16/2015   Time: 11:00am

Defendant: Harlan Decoste (J) ✓   J#: 67117-019   Case #: 15-60172-cr-Dimitrouleas
AUSA: Brooke Watson ✓   Attorney: Barry Greff (temp) ✓
Violation: 18:286; 1029(b)(2), 1029(a)(3), 1028A
Proceeding: Initial Appearance   CJA Appt:
Bond/PTD Held: ○ Yes  ○ No   Recommended Bond: Deft. was ordered detained after hrg in GA
Bond Set at:   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language:

Disposition: Deft advised of charges. Deft. wants time to retain Mr. Greff — Granted

✓ The motion to continue to permit the defendant to hire counsel is granted. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: 9/30/15   11:00am   Duty (Seltzer)   FtL
PTD/Bond Hearing:
Prelim/Arraign or Removal: 9/30/15   11:00 am   Duty (Seltzer)   FtL
Status Conference RE:
D.A.R. 11:11:09   Time in Court: 7min

Page: 2