AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

USA v. Harlan Decaste

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 15-6172

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Burke Watson AUSA | Barry Sheffa |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/16/15 - Bond hrg. | Francine Salpick | Karen Carlin-DeAngelus |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 4 | | | ✓ | ✓ | Dept of State Report on Sun Biz records |
| 5 | | | ✓ | ✓ | Bank records for Groundup III, LLC |
| 3 | | | ✓ | ✓ | Deposits into Bank account of Groundup III |
| 2 | | | ✓ | ✓ | Composite exhibit - affidavit of dft's mother |
| 1 | | | ✓ | ✓ | tax returns |
| 6 | | | ✓ | | phone call recorded from jail in Atlanta |
| 7 | | | ✓ | | transcript of call |
| | | | | | W-1 David Brant (Brave) Agent |
| 8 | | | ✓ | ✓ | photograph Composite |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.