# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

_United States_
Plaintiff(s)

Case No. _15-6072-CR-WPD_

vs.

_Harlan Delarte_
Defendant(s)

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:    ☐ Miami    ☐ Ft. Lauderdale    ☐ West Palm Beach
   Item Nos. _____

☒ Other (Explain): _Gov't Exhibits used at Bond hearing_

☐ Attachments
   (Exhibit List, Order of Court)

SIGNATURE: _____
PRINT NAME: _____
AGENCY OF FIRM: _____
ADDRESS: _____
TELEPHONE: _____
DATE: _____

EXHIBITS RELEASED BY: _____
(Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record