UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. <u>15-CR-60172-DIMITROULEAS</u>

UNITED STATES OF AMERICA

vs.

HARLAN DECOSTE,

    **Defendant.**

_____/

## FACTUAL PROFFER

If this case had gone to trial, the United States would have proven beyond a reasonable doubt that, from on or about July 27, 2011, through on or about May 24, 2013, the defendant HARLAN DECOSTE, a/k/a "Money King," a/k/a "MoneyKing111," conspired to defraud the government, in violation of 18 U.S.C. § 286, and conspired to possess unauthorized access devices, in violation of 18 U.S.C. § 1029(b)(2). The United States would have also proven beyond a reasonable doubt that, on or about May 24, 2013, HARLAN DECOSTE possessed fifteen or more unauthorized access devices (social security numbers and debit cards), in violation of 18 U.S.C. § 1029(a)(3), and committed aggravated identity theft by possessing, transferring, and using the name and debit account number belonging to an individual with the initials "R.S.," in violation of 18 U.S.C. § 1028A.

### May 2013 Incident

On May 24, 2013, at roughly 4:20 a.m., the Miramar Police Department received a 911 phone call reporting an ongoing robbery and a request for police assistance at a home in the Silver Falls section of Miramar, Florida. Officers with the Miramar police department responded to the Silver Falls community in Miramar. Police arrived at 4381 SW 126th Avenue (the "Miramar

Residence") and observed co-defendant Francis Jeudy exit the house.

Co-defendant Frantz Decoste was inside the Miramar Residence with one of the home invaders when officers arrived. He asked an officer for assistance and officers entered the Miramar Residence and apprehended one of the home invaders.

Officers investigated the scene and learned that armed individuals broke into the Miramar Residence while Frantz Decoste and Jeudy were home.

Meanwhile, HARLAN DECOSTE and co-defendants Kerby Luma and Chad Davis arrived on scene in a motor vehicle. HARLAN DECOSTE, Frantz Decoste, Davis, Luma, and Jeudy spoke to investigators as various law enforcement officials processed the scene.

Officers conducted a protective sweep of the Miramar Residence to ensure that there were no additional suspects or victims inside the residence.

Based on the officers' observations during the protective sweep, officers obtained a state search warrant for the Miramar Residence. The warrant was executed the same day. The warrant was focused on evidence relating to the home invasion and narcotics related activities. The warrant was executed by Miramar police officers and Miramar CSI. While officers were searching the home, they found various evidence of fraud related activity in plain view of where they were searching pursuant to the state warrant. This evidence, which was found throughout the home in various bedrooms and common areas, consisted of more than fifteen debit cards issued primarily by H&R Block and Bancorp in other persons' names, one notebook with personal identification information ("PII"), one notebook that contained information related to tax returns, U.S. income tax refund checks in other persons' names, and various tax return documentation in other persons' names. In addition, the officers seized approximately 10 computers and 3 USB drives. There was

2

also significant amounts of U.S. currency, jewelry, expensive shoes and clothing, and other valuable items in the home. The officers also found various documents reflecting the defendants' occupancy therein.

Officers and agents recovered the following items, among others, from the southwest bedroom: debit cards in other peoples' names; United States currency; Toll-by-plate violation forms in HARLAN DECOSTE's name; Department of Motor Vehicles paperwork in HARLAN DECOSTE's name; HARLAN DECOSTE's birth certificate, driver's license, and passport photo; the lease to the Miramar Residence; MoneyGram receipts; a Western Union Receipt; H&R Block envelopes; and dozens of expensive shoes.

### Federal Search Warrant

The IRS obtained a federal search warrant on June 19, 2013 to review the electronic and other evidence recovered from the Miramar Residence. A forensic review of those items revealed that the computers contained more than fifteen (15) sets of PII.

Some of the computers contained "screenshots" of computers from a medical center (the "Screenshots") and rich text document ("RTF") files. The Screenshots appear to be photographs taken with a cellular phone of computer screens from a medical center. The Screenshots contain patient names, dates of birth, and social security numbers. The RTF files are documents, similar to Microsoft Word documents, that contain user-inputted data. PII from the patient Screenshots were found in RTF documents along with additional user-inputted information consistent with tax fraud.

Some of the computers' web histories also contained visits to income tax preparation websites such as TurboTax.com and other websites consistent with tax fraud. Some of the

3

computers also contained numerous photographs of some of the co-defendants and their associates, "chats" amongst some of the co-defendants and their associates, music videos depicting the co-defendants and their associates, and other personal documents related to some of the co-defendants.

The investigation determined that starting in or about July 2011, DECOSTE and his co-conspirators, as well as other individuals not charged herein, filed and caused to be filed fraudulent tax returns with the IRS using the stolen PII found in the Miramar Residence without the knowledge or consent of the individual's whose PII it was. For example, on August 6, 2011, a co-conspirator filed a fraudulent return in the name of an individual with the initials B.O. without B.O.'s knowledge or consent. Similarly, on or about April, 29, 2013, a co-conspirator filed a fraudulent return in the name of an individual with the initials R.S. without R.S.'s knowledge or consent. HARLAN DECOSTE and his co-conspirators filed and caused to be filed the fraudulent returns with the IRS through the internet using tax software such as Turbo Tax and Tax Hawk. HARLAN DECOSTE and the other co-conspirators requested that the IRS send the fraudulent tax refunds to financial accounts the conspirators controlled and which the conspirators could access with debit cards.

### Subsequent Investigation

Investigators sent various items and the ten (10) computers recovered from the Miramar Residence for latent print processing and received numerous latent print matches to both indicted and unindicted co-conspirators. Investigators located fingerprints belonging to HARLAN DECOSTE on the following items:

(a) An Apple MacBook Air IMEI: C02K9SL3DRVC ("Computer #7");

4

(b) A sealed H&R Block Mastercard Envelope in name of a person with the initials "N.M.;"

(c) MoneyGram receipts;

(d) A vehicle payment book in name of an individual with the initials "H.M.;"

(e) Pages within a black and white composition notebook that contained addresses used in this fraud scheme.

### Example Analysis From Computer #7

Computer #7 contained RTF documents containing PII notations and social security numbers. The RTF files contained information about individuals that HARLAN DECOSTE and his co-conspirators used to commit tax fraud.

For example, a folder on Computer #7 contained an RTF file titled: "8 rack hnr kirb.rtf"[1] (the "KIRB RTF"). The "KIRB RTF" contained PII, account numbers, and notations about other individuals.

For example, the "KIRB RTF" on Computer #7 contains the name, date of birth, date of death, social security number, and IRS personal identification number ("PIN"), of an individual with the initials "R.S." The document also contains the following combination of letters and numbers: **EVELIO374s**.

The KIRB RTF also contains a bank account number ending in 0360 and a routing number ending in 9742, along with a fictitious address of 27 NE 68th Street.

IRS records revealed that a fraudulent income tax return was filed in the name of R.S. on April 4, 2014, claiming a fraudulent income tax refund. The fraudulently filed income tax return

---

[1] "hnr" is an abbreviation commonly used by this group to describe H&R Block.

contained R.S.'s name, social security number, address, and IRS PIN. The return also included the e-mail address **EVELIO374s@yahoo.com**, which matches the notation on the "KIRB RTF" document.

R.S.'s fraudulently filed income tax return was directed to the bank account number ending in 0360, which was contained on the "KIRB RTF" document.

A physical H&R Block card bearing the same bank account number, ending in 0360, was found in the Miramar Residence.

### Sealed HR Block MasterCard Envelope in name of "N.M."

HARLAN DECOSTE's fingerprints were also found on a sealed H&R block MasterCard envelope. The card was issued to an individual with the initials "N.M." ("Victim N.M.") at 135 NE 68 TER, Miami, Florida 33138 and bore an account number ending in 3197.

Agents discovered Victim N.M.'s PII on Computer #7.

IRS records indicate that a 2012 federal income tax return was filed on May 7, 2013, using Victim N.M.'s name, date of birth, and social security number. The return was directed to an account ending in 3197. The return was filed from IP Address 71.206.68.241.

IP Address 71.206.68.241 was utilized by HARLAN DECOSTE to log into his "MoneyKing_111" Instagram account in 2013; by Frantz Decoste to log into his "Gripe_111" Instagram account in 2013; and by Luma to log into his "MoneyMakin Kerb" Instagram account in 2013.

None of the individuals authorized HARLAN DECOSTE and his co-conspirators to file tax returns on their behalf.

### Notebook

HARLAN DECOSTE's prints were also found on a composition book that contained variations on addresses located in Miami, including addresses on NE 63rd Street, Miami, Florida 33138. The ledger contained various notations such as "HNR" and "Stop HNR." Several of the debit cards recovered in the search warrant were directed to addresses between 73 NE 63rd Street and 175 NE 63rd Street, Miami Florida 33138.

These are not all of the facts known to the government, nor are they all of the facts the government would present at trial in this matter.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 1/26/16          By: _____
                       BROOKE C. WATSON
                       ASSISTANT UNITED STATES ATTORNEY

Date: 1/26/16          By: _____
                       BARRY GREFF
                       ATTORNEY FOR DEFENDANT

Date: 1/26/16          By: _____
                       HARLAN DECOSTE
                       DEFENDANT