# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA

Plaintiff(s)

Case No. 15-60172-CR-WPD

vs.

Harlan DeCastle, et al

Defendant(s)

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s)

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
   Item Nos. _____

☒ Other (Explain): _Government Exhibits Used at Sentencing hearing_

SIGNATURE: _____
PRINT NAME: _____
AGENCY OF FIRM: _____
ADDRESS: _____
TELEPHONE: _____
DATE: _____

☐ Attachments
   (Exhibit List, Order of Court)

EXHIBITS RELEASED BY: _____ (Deputy Clerk)

ORIGINAL-Court File
cc:  Records Section
     Courtroom Deputy
     Counsel of Record